```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 02470
   CARL E BROWN
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4686


-------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/04/08 .

   2.  The case was dismissed without confirmation, 06/20/2008.

   3.  The Debtor paid a total of $     767.34 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                   PAID           PAID
-------------------------------------------------------------------------------
CITIFINANCIAL AUTO         SECURED VEHIC  NOT FILED              .00             .00
JENITA WALTON              NOTICE ONLY    NOT FILED              .00             .00
STATE DISBURSEMENT UNIT    CHILD SUPPORT  NOT FILED              .00             .00
STATE DISBURSEMENT UNIT    UNSECURED      NOT FILED              .00             .00
ZENOBIA ROBINSON           NOTICE ONLY    NOT FILED              .00             .00
STATE DISBURSEMENT UNIT    CHILD SUPPORT  NOT FILED              .00             .00
STATE DISBURSEMENT UNIT    UNSECURED      NOT FILED              .00             .00
AIS SERVICES               UNSECURED      NOT FILED              .00             .00
CHASE BANK USA             UNSECURED      NOT FILED              .00             .00
THE CHICAGO DEPT OF REVE   UNSECURED      NOT FILED              .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED      NOT FILED              .00             .00
NATIONAL CREDITOR ADJUST   UNSECURED      NOT FILED              .00             .00
NATIONAL CREDITOR ADJUST   UNSECURED      NOT FILED              .00             .00
NATIONAL CREDITOR ADJUST   UNSECURED      NOT FILED              .00             .00
NATIONAL CREDITOR ADJUST   UNSECURED      NOT FILED              .00             .00
OSI COLLECTION SERVICES    UNSECURED      NOT FILED              .00             .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY   UNSECURED       OTHER            TOTAL

TOTAL CLMS ALLOWED      .00         .00          .00         .00              .00
PRINCIPAL PAID          .00         .00          .00         .00              .00
INTEREST PAID           .00         .00          .00         .00              .00
TOTAL PAID              .00         .00          .00         .00              .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $    3500.00
and was paid $     7.00   direct and $     722.83   through the plan.

The Trustee received $     44.51 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/10/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

                              PAGE  2
        CASE NO. 08 B 02470 CARL E BROWN